**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE:<br>**RICKY LAROY DORY**, xxx-xx-5313<br>**VICKI RENEE DORY**, xxx-xx-7490<br>    Debtors | Case No:  21-41387-MXM<br><br>Court Hearing: Thursday, January 20, 2022<br> at 8:30 AM |

---

**NOTICE OF HEARING ON**
**"TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS**
**AND PLAN MODIFICATION"**

---

TO  ALL PARTIES IN INTEREST:

   Pursuant to General Order 2021-05 Section 16(e), unless an objection is timely filed as to the amount and classification of any claim or to any Plan Modification, the claim or Plan Modification will be allowed or approved as described in the TRCC and such amount and classification will be final and binding on all parties , unless Section 502j of the Bankruptcy Code applies .

   **TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT AT US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX 76102, AND A COPY SERVED ON THE FOLLOWING PARTIES WITHIN THIRTY (30)  DAYS FROM THE DATE OF SERVICE HEREOF, OR ON OR BEFORE January 10, 2022.**

   **ANY WRITTEN OBJECTION OR RESPONSE NOT RESOLVED WILL BE HEARD BY THE HONORABLE MARK X MULLIN ON  Thursday, January 20, 2022 at US Courthouse,  501 W. 10th Street,  Courtroom 128,  Fort Worth,  TX 76102.**

| | |
|---|---|
| DEBTORS: | RICKY LAROY DORY &  VICKI RENEE DORY,  7224 CHURCH ST,  FORT WORTH,  TX  76112 |
| ATTORNEY: | BRYEANS AND GARCIA PLLC,  100 E 15TH ST #660,  FORT WORTH,  TX  76102 |
| COURT: | US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX 76102 |
| TRUSTEE: | TRUSTEE'S OFFICE,  6851 N.E. Loop 820, Suite 300, North Richland Hills, TX  76180-6608 |

/s/ Tim Truman

Tim Truman, Trustee/State Bar # 20258000
OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

CASE NO: 21-41387-MXM  Page 2
RICKY LAROY DORY
VICKI RENEE DORY
Trustee's Recommendation Concerning Claims, and Plan Modification

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing "Notice of Hearing on Trustee's Recommendation Concerning Claims" and a copy of the attached "Trustee's Recommendation Concerning Claims , and Plan Modification" was served on the parties listed below in the manner listed below on or before December 10 , 2021.

/s/ Tim Truman

Tim Truman, Trustee/State Bar # 20258000

**BY FIRST CLASS MAIL:**
ALLY BANK, Attn: Officer/President, C/O AIS PORTFOLIO SERVICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK 73118-0000
ALLY BANK, Attn: Officer/President, PAYMENT PROCESSING CENTER, PO BOX 78367, PHOENIX, AZ 85062-0000
AMERICAN EXPRESS, Attn: Officer/President, PO BOX 981540, EL PASO, TX 79998
AMERICAN EXPRESS NATIONAL BANK, Attn: Officer/President, BECKET AND LEE, PO BOX 3001, MALVERN, PA 19355-0000
ARS ACCOUNT RESOLUTION, Attn: Officer/President, PO BOX 459079, SUNRISE, FL 33345-0000
ATLANTIC CAPITAL BANK, Attn: Officer/President, PO BOX 550889, ATLANTA, GA 30355
ATTORNEY GENERAL OF TEXAS, Attn: Officer/President, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711
AVANT/WEBBANK, Attn: Officer/President, 222 N LASALLE DR STE 1600, CHICAGO, IL 60601-0000
CAPITAL ONE, Attn: Officer/President, PO BOX 30285, SALT LAKE CITY, UT 84130
CREDIT SYSTEMS INTERNATIONAL, Attn: Officer/President, PO BOX 1088, ARLINGTON, TX 76004
EECU, Attn: Officer/President, PO BOX 1777, FT WORTH, TX 76101
FIRST FINANCIAL INVESTMENT FUND HOLDINGS, Attn: Officer/President, JEFFERSON CAPITAL SYSTEMS, PO BOX 772813, CHICAGO, IL 60677-0000
FIRST FINANCIAL INVESTMENT FUND HOLDINGS, Attn: Officer/President, JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302
FLEX SHOPPER, Attn: Officer/President, 901 W YAMATO RD STE 260, BOCA RATON, FL 33431-0000
FORT WORTH COMMUNITY CU, Attn: Officer/President, PO BOX 210848, BEDFORD, TX 76095
FORTIVA, Attn: Officer/President, PO BOX 105555, ATLANTA, GA 30348-0000
INTERCOASTAL FINANCIAL, Attn: Officer/President, 7954 TRANSIT RD #144, WILLIAMSVILLE, NY 14221-0000
INTERNAL REVENUE SERVICE, Attn: Officer/President, PO BOX 7346, PHILADELPHIA, PA 19101
JP MORGAN CHASE, Attn: Officer/President, PO BOX 901032, FORT WORTH, TX 76101-0000
JPMORGAN CHASE BANK, Attn: Officer/President, PO BOX 29505 AZ1-5757, PHOENIX, AZ 85038-0000
JUDY MENIKOS, Attn: Officer/President, 2920 ROSEHILL DR, FORT WORTH, TX 76112-0000
KOHLS, Attn: Officer/President, PERITUS PORTFOLIO SERVICES II, PO BOX 141509, IRVING, TX 75014-0000
LINEBARGER GOGGAN BLAIR ET AL, Attn: Officer/President, 100 THROCKMORTON STE #300, FT WORTH, TX 76102-0000
LVNV FUNDING LLC, Attn: Officer/President, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603
MARINER FINANCE, Attn: Officer/President, 8211 TOWN CENTER DR, NOTTINGHAM, MD 21236-0000
MERRICK BANK, Attn: Officer/President, C/O RESURGENT CAPITAL SERVICES, PO BOX 10368, GREENVILLE, SC 29603
MIDLAND CREDIT MANAGEMENT, Attn: Officer/President, PO BOX 2037, WARREN, MI 48090-0000
MIDNIGHT VELVET, Attn: Officer/President, 1112 7TH AVE, MONROE, WI 53566
MISSION LANE, Attn: Officer/President, PO BOX 105286, ATLANTA, GA 30304-0000
MONTGOMERY WARD, Attn: Officer/President, C/O CREDITORS BANKRUPTCY SERVICE, PO BOX 800849, DALLAS, TX 75380-0000
NORDSTROM FSB, Attn: Officer/President, JEFFERSON CAPITAL SYSTEMS, PO BOX 772813, CHICAGO, IL 60677-0000
NORDSTROM FSB, Attn: Officer/President, JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD, MN 56302-0000
PORTFOLIO RECOVERY ASSOC, Attn: Officer/President, PO BOX 41067, NORFOLK, VA 23541-0000
PORTFOLIO RECOVERY ASSOCIATES, Attn: Officer/President, PO BOX 12914, NORFOLK, VA 23541-0000
PREMIER BANKCARD, Attn: Officer/President, JEFFERSON CAPITAL SYSTEMS, PO BOX 772813, CHICAGO, IL 60677
PREMIER BANKCARD, Attn: Officer/President, JEFFERSON CAPITAL SYSTEMS, PO BOX 7999, SAINT CLOUD, MN 56302-0000
QUANTUM3 GROUP, Attn: Officer/President, PO BOX 2489, KIRKLAND, WA 98083-0000
QUANTUM3 GROUP LLC, Attn: Officer/President, PO BOX 788, KIRKLAND, WA 98083
REPUBLIC FINANCE, Attn: Officer/President, 282 TOWER RD, PONCHATOULA, LA 70454-0000
RICKY LAROY DORY, VICKI RENEE DORY, Attn: Officer/President, 7224 CHURCH ST, FORT WORTH, TX 76112-0000
SEVENTH AVENUE, Attn: Officer/President, C/O CREDITORS BANKRUPTCY SERVICE, PO BOX 800849, DALLAS, TX 75380-0000
TARRANT COUNTY TAX COLLECTOR, Attn: Officer/President, DELINQUENT TAX DEPARTMENT, 100 E WEATHERFORD ST, FORT WORTH, TX 76196

CASE NO: 21-41387-MXM Page 3
RICKY LAROY DORY
VICKI RENEE DORY
Trustee's Recommendation Concerning Claims, and Plan Modification

**BY FIRST CLASS MAIL:** (cont'd.)

TEXAS ALCOHOLIC BEVERAGE COMM, Attn: Officer/President, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX 78711
TEXAS COMPTROLLER PUBLIC ACCTS, Attn: Officer/President, REVENUE ACCOUNTING DIV/BANKRUP, PO BOX 13528, AUSTIN, TX 78711
TEXAS WORKFORCE COMMISSION, Attn: Officer/President, TAX DEPT COLLECTION FKA TEC, BANKRUPTCY ROOM 556-A, AUSTIN, TX 78778-0000
VIVE FINANCIAL, Attn: Officer/President, 380 DATA DR #200, DRAPER, UT 84020-0000
VIVE FINANCIAL, Attn: Officer/President, PO BOX 268808, OKLAHOMA CITY, OK 73126-0000

**ELECTRONIC SERVICE:**

BRYEANS AND GARCIA PLLC, 100 E 15TH ST #660, FORT WORTH, TX 76102
SYNCHRONY BANK, C/O PRA RECEIVABLES MANAGEMENT, PO BOX 41021, NORFOLK, VA 23541
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX 75207
AIS PORTFOLIO SERVICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK 73118
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

CASE NO: 21-41387-MXM                                                                                                      Page 4
RICKY LAROY DORY
VICKI RENEE DORY
Trustee's Recommendation Concerning Claims, and Plan Modification

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No: 21-41387-MXM |
| RICKY LAROY DORY, xxx-xx-5313 | § | |
| VICKI RENEE DORY, xxx-xx-7490 | § | Chapter 13 |
| 7224 CHURCH ST | § | |
| FORT WORTH, TX 76112 | § | |
|    Debtors | § | |

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS

The Trustee hereby recommends allowance of the following claims in Section III. (Claims listed in Sections I and II are for information only.)

CLAIMANTS RECEIVING THIS RECOMMENDATION SHOULD LOCATE THEIR NAMES AND CLAIMS HEREIN.

### I.
### NO PRIORITY OR GENERAL UNSECURED PROOF OF CLAIM FILED

The following priority and general unsecured creditors were scheduled by the Debtors and no Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002(a). The "bar date" for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Any such claim provided for in the confirmed or modified plan will not be paid by the Trustee until a proof of claim is filed. Any late filed claim will be paid pursuant to the Order of Payment for a late filed claim as stated in the confirmed Plan, or by further Order of the Court.

| T'EE CLAIM # | CREDITOR'S NAME | SCHEDULED CLASS | SCHEDULED AMOUNT |
|---|---|---|---|
| 7 | AMERICAN EXPRESS | UNSECURED | $592.00 |
| 4 | ARS ACCOUNT RESOLUTION | UNSECURED | $254.00 |
| 8 | ATLANTIC CAPITAL BANK | UNSECURED | $724.00 |
| 9 | ATLANTIC CAPITAL BANK | UNSECURED | $187.00 |
| 10 | AVANT/WEBBANK | UNSECURED | $310.00 |
| 11 | CAPITAL ONE | UNSECURED | $956.00 |
| 14 | CREDIT SYSTEMS INTERNATIONAL | UNSECURED | $75.00 |
| 15 | CREDIT SYSTEMS INTERNATIONAL | UNSECURED | $61.00 |
| 16 | CREDIT SYSTEMS INTERNATIONAL | UNSECURED | $38.00 |
| 17 | CREDIT SYSTEMS INTERNATIONAL | UNSECURED | $42.00 |
| 18 | EECU | UNSECURED | $301.00 |
| 19 | EECU | UNSECURED | $251.00 |
| 23 | FORTIVA | UNSECURED | $233.00 |
| 31 | MIDNIGHT VELVET | UNSECURED | $358.00 |
| 32 | MISSION LANE | UNSECURED | $409.00 |

### II.
### NO SECURED CLAIM FILED

The following secured creditors were scheduled by the Debtors and no Proof of Claim has been filed by them or on their behalf. The "bar date" for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Any such claim provided for in the confirmed or modified plan will not be paid by the Trustee until a proof of claim is filed. Any late filed claim will be paid pursuant to the Order of Payment for a late filed claim as stated in the confirmed Plan, or by further Order of the Court.

CASE NO: 21-41387-MXM  Page 5
RICKY LAROY DORY
VICKI RENEE DORY
Trustee's Recommendation Concerning Claims, and Plan Modification

| T'EE CLAIM # | SECURED CLASS | COMMENT/ COLLATERAL | CLAIM AMOUNT | VALUE | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|---|
| 3 | JUDY MENIKOS | HOMESTEAD CURRENT | NOT FILED | | | DIRECT-DR |

### III.

### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWABLE CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount (s) and in the class(es) as listed below: (NOTE: Value, treatment and interest rate were determined at confirmation. "Value", "Interest Rate", and "Treatment" are shown below for information only.)

| CLAIM # | SECURED CLASS | COLLATERAL | CLAIM AMOUNT | VALUE | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|---|
| 15 | ALLY BANK | 17 CHEVY SILVERADO | $24,057.71 | | 4.25% | 7/1/2021 -9/30/2022 $362.50 |
| | | | | | | 10/1/2022 -10/31/2022 $413.41 |
| | | | | | | 11/1/2022 -6/30/2026 $502.35 |
| 21 | JP MORGAN CHASE | 17 CHEVROLET TRAVERSE | $20,177.30 | | 4.25% | 7/1/2021 -9/30/2022 $287.50 |
| | | | | | | 10/1/2022 -10/31/2022 $329.63 |
| | | | | | | 11/1/2022 -6/30/2026 $415.65 |
| 8 | MARINER FINANCE | MENS RING/SCHED UNSEC | $1,180.68 | | 0.00% | NOT PROVIDED/PAID DIRECT |
| 6 | REPUBLIC FINANCE | UCC/PERS PROPERTY/SCHED UNSEC | $4,232.59 | | 0.00% | NOT PROVIDED/PAID DIRECT |
| 7 | TARRANT COUNTY TAX COLLECTOR | HOMESTEAD/21 | $1,718.40 | $121,137.00 | | DIRECT-DR |

| CLAIM # | EXECUTORY CONTRACTS | COLLATERAL | CLAIM AMOUNT | VALUE | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|---|
| 9 | FLEX SHOPPER | CONTRACT/REJECTED | $1,576.86 | | 0.00% | SURRENDER |

CASE NO: 21-41387-MXM                                                                                      Page 6
RICKY LAROY DORY
VICKI RENEE DORY
Trustee's Recommendation Concerning Claims, and Plan Modification

| CLAIM # | UNSECURED CLASS | CLAIM AMOUNT | COMMENT |
|---|---|---|---|
| 27 | ALLY BANK | $7,159.16 | |
| 14 | AMERICAN EXPRESS NATIONAL BANK | $2,361.72 | |
| 26 | PORTFOLIO RECOVERY ASSOCIATES | $682.74 | CAPITAL ONE |
| 28 | QUANTUM3 GROUP | $84.64 | COMENITY/LANE BRYANT |
| 17 | PREMIER BANKCARD | $1,299.23 | FIRST PREMIER |
| 18 | PREMIER BANKCARD | $978.92 | FIRST PREMIER |
| 1 | FORT WORTH COMMUNITY CU | $3,151.83 | |
| 31 | KOHLS | $2,562.38 | |
| 30 | KOHLS | $1,647.59 | |
| 12 | MERRICK BANK | $2,067.77 | |
| 13 | MERRICK BANK | $2,051.91 | |
| 25 | MIDLAND CREDIT MANAGEMENT | $1,509.33 | CITIBANK/JEWELERS |
| 24 | MIDLAND CREDIT MANAGEMENT | $1,395.67 | CREDIT ONE |
| 20 | NORDSTROM FSB | $3,323.05 | TD BANK |
| 4 | LVNV FUNDING LLC | $1,058.20 | CREDIT ONE |
| 5 | VIVE FINANCIAL | $3,949.04 | |
| 11 | SEVENTH AVENUE | $1,760.35 | |
| 10 | MONTGOMERY WARD | $358.20 | |
| 16 | FIRST FINANCIAL INVESTMENT FUND HOLDINGS | $2,904.89 | WEBBANK |
| 19 | AMERICAN EXPRESS NATIONAL BANK | $978.21 | |
| 22 | MIDLAND CREDIT MANAGEMENT | $1,614.76 | CREDIT ONE |
| 23 | MIDLAND CREDIT MANAGEMENT | $1,235.95 | CREDIT ONE |
| 32 | INTERCOASTAL FINANCIAL | $800.15 | GENESIS FINANCIAL |
| 33 | PORTFOLIO RECOVERY ASSOCIATES | $466.34 | BANK OF MISSOURI |

IV.

OBJECTIONS PENDING OR CLAIM DISALLOWED

The following claims are not deemed allowed because there are objections pending or the claim has been disallowed by the Court:

| CLAIM # | UNSECURED CLASS | COLLATERAL | CLAIM AMOUNT | TREATMENT/ COMMENT |
|---|---|---|---|---|
| 3 | LVNV FUNDING LLC | | $1,152.46 | ORDER DISALLOWED |
| 2 | LVNV FUNDING LLC | | $446.39 | ORDER DISALLOWED |
| 29 | LVNV FUNDING LLC | | $1,217.88 | ORDER DISALLOWED |

CASE NO:  21-41387-MXM                                                                                                          Page 7
RICKY LAROY DORY
VICKI RENEE DORY
Trustee's Recommendation Concerning Claims, and Plan Modification

V.

**PLAN IS SUFFICIENT**

**Plan is Sufficient**, Debtor Modification is not needed to cure any insufficiency at this time .

                                                                                         Respectfully submitted,
               Office of the Chapter 13 Trustee, Fort Worth, TX

               /s/ Tim Truman
               Tim Truman, Trustee
               State Bar # 20258000

Dated:  December 09, 2021