



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 12, 2022**

*Mark X. Mullin*
_____
**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | **CASE NUMBER: 21-41387-MXM** |
| | § | |
| **RICKY LAROY DORY** | § | **CHAPTER 13** |
| **VICKI RENEE DORY** | § | |
| | § | **JUDGE MARK X MULLIN** |
| **DEBTORS** | § | |

-------------------------------------------------------------------------------------------------------------------------

### ORDER APPROVING  TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS
### AND PLAN MODIFICATION (if required)

-------------------------------------------------------------------------------------------------------------------------

CAME ON FOR CONSIDERATION the Trustee's Recommendation Concerning Claims, and Plan Modification (if required) ("TRCC") filed on or about December 09, 2021 [Docket #32].

The Court finds that notice was and is appropriate under the circumstances.

No Response or Objection was filed by any Party.

The Court hereby APPROVES the TRCC with the following changes, if any:

NONE

### # # #  END OF ORDER  # # #